Motion Granted; Appeal Dismissed and Memorandum
Opinion filed September 13, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00291-CV

____________

 

LARRY W. YORK, Appellant

 

V.

 

ILA FEDERAL CREDIT UNION, Appellee

 



 

On Appeal from County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 960443

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 8, 2011.  On August 24, 2011, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges, and Justices
Anderson and Christopher.